14959.   TAYLOR *et al.,* receivers, *v.* SCOTT.

BLOODWORTH, J. The motion for a new trial in this case contained no special grounds. Acting without the intervention of a jury the judge, under the law and facts of the case, rendered a judgment for the defendant; and as there is evidence to support the finding, this court will not disturb it.

  *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

  DECIDED MARCH 6, 1924.

Complaint; from city court of Macon—Judge Gunn.   July 27, 1923.

*A. L. Miller, Jones, Park & Johnston,* for plaintiffs.

*Hall, Grice & Bloch,* for defendant.